IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JACQUELINE LYNNE BRIDGES,      )
                               )
            Plaintiff,         )
                               )
    v.                         )      1:09CV103
                               )
GERALD M. AUERBACH, et al.,    )
                               )
            Defendant(s).      )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 12, 2009, was served on the parties in this action. Plaintiff objected to the Recommendation. (Doc. 7.)

Plaintiff seeks to have the applicable three-year statute of limitations barring her claim extended, although she provides no grounds for doing so. N.C. Gen. Stat. § 1-15(a); cf. Hicks v. Wake County Bd. of Educ., 187 N.C. App. 485, 653 S.E.2d 236 (2007). It is unfortunate that Plaintiff may have left herself without a remedy, but the law does not permit stale claims.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's complaint (Doc. 2) be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous or malicious or for failing to state a claim upon which relief may be granted.

A Judgment dismissing this action will be entered contemporaneously with this Order.

                                        /s/ Thomas D. Schroeder
                                        United States District Judge

May 12, 2009